FRY V. STATE

NO. 07-09-0053-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL E

MARCH 25, 2009

______________________________

DEVON ROYAL JONES,

Appellant

v.

THE STATE OF TEXAS,

Appellee

_________________________________

FROM THE 251st DISTRICT COURT OF POTTER COUNTY;

NO. 18880-C; HON. ANA ESTEVEZ, PRESIDING

_______________________________

ORDER OF DISMISSAL

_______________________________

Before QUINN, C.J., CAMPBELL, J., and BOYD, S.J.
(footnote: 1)
 Appellant, Devon Royal Jones, appeals his conviction for capital murder.  The certification of right to appeal executed by the trial court states that this “is a plea bargain case and the defendant has NO right of appeal” and “the defendant has waived the right of appeal.”  This circumstance was brought to the attention of appellant’s counsel and opportunity was granted him to obtain an amended certification entitling appellant to appeal.  No such certification was received within the time we allotted.  Having received no amended certification, we dismiss the appeal per Texas Rule of Appellate Procedure 25.2(d).

Per Curiam

Do not publish.

FOOTNOTES
1:
John T. Boyd, Chief Justice (Ret.), Seventh Court of Appeals, sitting by assignment.  
Tex. Gov’t Code Ann
. §75.002(a)(1) (Vernon 2005).